■ J. RODNEY SHARP, Appellant, v JEAN C. KOSMALSKI, Respondent.— Judgment vacated and case remitted to Chautauqua County Supreme Court for a new trial in the light of the decision in the Court of Appeals (40 NY2d 119). Present—Moule, J. P., Cardamone, Simons, Goldman and Witmer, JJ.